**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                              CASE NO. 8:91-CR-360-T-17-EAJ

LARRY BRANNIC
_____/

## ORDER

This cause comes before the Court on the defendant's motion to reduce sentence (Docket No. 195) and response thereto (Docket No. 197). The Court finds the response to the motion well-taken and it is incorporated by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion (Docket No. 195) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 19th day of July, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record